# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISON

| | | |
|---|---|---|
| BRANDY ELLIOTT, | ) | |
| | ) | Case No. 1:14-cv-10212 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| PENN CREDIT CORPORATION and | ) | |
| PENN CREDIT CORPORATION II, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Brandy Elliott, by and through her undersigned counsel, hereby dismisses the above-captioned complaint against Penn Credit Corporation and Penn Credit Corporation II, with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The complaint was filed on December 19, 2014, and appears on the docket at entry 1.

Dated: February 26, 2015

Respectfully submitted,

/s/ *David B. Levin*
David B. Levin

David B. Levin
Attorney No. 6212141
Attorney for Plaintiff
Upright Litigation LLC
79 W Monroe St, 5th Floor
Chicago, IL 60603
Phone: (312) 878-1867
Fax: (866) 359-7478
dlevin@uprightlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 26, 2015, a copy of the foregoing, Notice of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                            /s/ *David B. Levin*
                                            David B. Levin

David B. Levin
Attorney No. 6212141
Attorney for Plaintiff
Upright Litigation LLC
79 W Monroe St, 5th Floor
Chicago, IL 60603
Phone: (312) 878-1867
Fax: (866) 359-7478
dlevin@uprightlaw.com